EDWIN P. LAMPHIER, JR., on Behalf of Himself and All Other Present and Past Employees of Underwriters Trust Company Similarly Situated v. UNDERWRITERS TRUST COMPANY and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

SUSAN PRINGLE v. FRANK J. NARDOZZI and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOHN A. LYDECKER, as Administrator, etc., of the Estate of JOHN BERNARD FRYE, v. AMERICAN-WEST AFRICAN LINE, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal on appellant's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

BANK OF NEW YORK, as Trustee under Deed of Trust Created by EDWARD H. BULKELEY, v. SARAH JEWETT MARSH and Others.— Motion for leave to appeal to the Court of Appeals granted. [See 260 App. Div. 1013.] Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

IDA H. WIND, Formerly Known as IDA HABERKORN, on Behalf of Herself and All Other Stockholders of the Defendant CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Similarly Situated, and BERDYE E. KRINSKY — DAVID GORFINKLE and Another v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

MOLLIE BURG and JACOB BURG v. SAMUEL SASTER, Doing Business, etc.— Motion for reargument denied. Motion for resettlement granted. [260 App. Div. 1016.] Order resettled and filed. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of ISIDORE LEVINE for an Order against JOHN H. DELANEY and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

JERRY BARNETT v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

BLANCA B. SINGER v. ERIC RICHARD SINGER.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of TITLE GUARANTEE AND TRUST COMPANY, as Executor, etc., of EDWARD W. BROWNING, Deceased, for an Order to Discover Money and Property Withheld, Pursuant to Section 205 of the Surrogate's Court Act.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

IDA WERFEL v. ZIVNOSTENSKA BANKA.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.